NAT STEINER, Respondent, v. BLANCHE LEWIS, an Infant over the Age of Fourteen Years, Appellant.— Order of Appellate Term affirming a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, modified so as to provide that the provision for the issuance of a body execution be struck from the judgment. As so modified, the order is unanimously affirmed, without costs. The summons did not contain the indorsement required by section 25 of the Municipal Court Code, the complaint was not verified, and no order of arrest was issued. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

KARL STURZ, Respondent, v. MICHAEL J. LEO, Appellant.— In an action to recover damages for breach of a contract to make a lease of certain property for a term of ninety-nine years, the plaintiff had a verdict for $30,750 general damages, based on the rule in *Bondy* v. *Harvey* (218 App. Div. 126), and a directed verdict for two items aggregating $1,764.62. On motion by the defendant for a new trial the motion was granted unless the plaintiff stipulated to reduce the damages to $20,000, with interest from July 1, 1932. Such stipulation was given and judgment was entered for the plaintiff. Order, in so far as it grants, upon certain conditions, defendant's motion to set aside the verdict and for a new trial, modified by striking from the second ordering paragraph thereof the provision reducing the verdict in its first and second phases by eliminating therefrom the items of $1,200 and $564.62, aggregating $1,764.62. These items we deem established as damages that had accrued at the time of the trial and were independent of the damages for anticipatory breach of the contract to lease the property. The judgment is modified accordingly by increasing the amount thereof by the sum of $1,764.62, with interest thereon from July 1, 1932. (See Civ. Prac. Act, § 584-a; *Miller* v. *Lucey*, 223 App. Div. 567; *Costello* v. *Forest Hills Dwellings, Inc.*, 227 id. 736.) As so modified the judgment and the order are unanimously affirmed, with costs to the plaintiff-respondent. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

WILLARD U. TAYLOR, Individually and as Sole Surviving Partner of the Firm of MACFARLAND, TAYLOR & COSTELLO, Respondent, v. PUBLIC INDUSTRIALS CORPORATION, Appellant.— Appeal by defendant from a judgment entered upon a verdict in favor of the plaintiff in an action to recover the reasonable value of legal services rendered by plaintiff to defendant. Judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order hereon plaintiff stipulate to reduce to $6,000, without interest, the amount of the verdict rendered in his favor; in which event the judgment, as so reduced, is unanimously affirmed, without costs. We are of opinion that the sum of $6,000 is the reasonable value of plaintiff's services. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.